UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    :
In re:                              :
                                    :
STONE & WEBSTER, INC.               :   No. 00-CV-10874-RWZ
SECURITIES LITIGATION               :
                                    :
_____:

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Lead Plaintiffs RAM Trust Services, Inc. and Lens Investment Management, LLC (the "Lead Plaintiffs"), and plaintiffs Gilbert H. Van Note, Jr., Robert M. White, Trustee for the Robert M. White Trust and Kevin C. Frye (the "Additional Plaintiffs") hereby move for an Order:

(1) Determining that this action may be maintained as a class action pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3);

(2) Certifying a class consisting of all persons or entities which purchased Stone & Webster, Inc. securities between and including January 22, 1998 and May 8, 2000, and who were damaged thereby (the "Class"), with a subclass consisting of all persons or entities which purchased Stone & Webster, Inc. securities between and including January 1, 1999 and May 8, 2000 (the "10b-5 Subclass"), excluding from the Class and the 10b-5 Subclass the defendants, the officers, directors and partners thereof, members of their immediate families and their legal representatives, heirs, successors and assigns, any entity in which any of the foregoing have or had a controlling interest, and the directors and officers liability insurance carriers (and any affiliates or subsidiaries thereof) of any defendant; and

(3) Certifying Lead Plaintiffs and Additional Plaintiffs as representatives of the Class and the 10b-5 Subclass.

The grounds for this motion are set forth in the accompanying Memorandum of Law.

# RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for Plaintiffs certifies that Sidney S. Liebesman has conferred in good faith with counsel for defendants H. Kerner Smith, Thomas L. Langford and PricewaterhouseCoopers LLP regarding the relief sought in this motion without success.

/s / Sidney S. Liebesman
Sidney S. Liebesman

| GRANT & EISENHOFER P.A. | BERMAN, DEVALERIO, PEASE, |
| --- | --- |
| Jay W. Eisenhofer | TABACCO, BURT & PUCILLO |
| Sidney S. Liebesman | Norman M. Berman (BBO# 040460) |
| Chase Manhattan Centre | Bryan A. Wood (BBO# 648414) |
| 1201 North Market Street | One Liberty Square |
| Wilmington, DE 19801 | Boston, MA 02109 |
| (302) 622-7000 | (617) 542-8300 |
| Lead Counsel for Plaintiffs | Liaison Counsel for Plaintiffs |

Dated: July 7, 2006