_____

In re:                         :

                                :

STONE & WEBSTER, INC.       :       No. 00-CV-10874-RWZ

SECURITIES LITIGATION       :

                                :

_____ :

## PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION

Lead Plaintiff RAM Trust Services, Inc. ("RAM Trust") and plaintiffs Gilbert H. Van Note, Jr., Robert M. White, Trustee for the Robert M. White Trust and Kevin C. Frye (the "Additional Plaintiffs") hereby amend their Motion For Class Certification, originally filed with the Court on July 7, 2006, to add John Higgins and Robert Monks as proposed class representatives. John Higgins is the President of RAM Trust and Robert Monks is a director of RAM Trust. Both Messrs. Higgins and Monks have been principals of RAM Trust from at least January 22, 1998 (the beginning of the proposed Class Period) to the present and were both involved in the investment decisions of RAM Trust vis-à-vis Stone & Webster, Inc. Plaintiffs also give notice that plaintiffs will not seek to certify Lens Investment Management, LLC, Gilbert H. Van Note, Jr. and Robert M. White as class representatives at this time.

The grounds for this Amended Motion remain as they were set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, filed with the Court on July 7, 2006.

Dated: September 12, 2006               /s/ Sidney S. Liebesman_____

                                        Jay W. Eisenhofer
                                        Sidney S. Liebesman
                                        GRANT & EISENHOFER P.A.
                                        Chase Manhattan Centre
                                        1201 North Market Street
                                        Wilmington, DE 19801
                                        Telephone: (302) 622-7000
                                        Facsimile: (302) 622-7100
                                        *Lead Counsel for Plaintiffs*

*Of Counsel:*

MILBERG WEISS BERSHAD
& SCHULMAN LLP
Ariana J. Tadler
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300

Norman M. Berman (BBO# 040460)
Bryan A. Wood (BBO# 648414)
BERMAN, DEVALERIO, PEASE,
TABACCO, BURT & PUCILLO
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
*Liaison Counsel for Plaintiffs*

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for Plaintiffs certifies that Sidney S. Liebesman has conferred in good faith with counsel for defendants H. Kerner Smith, Thomas L. Langford and PricewaterhouseCoopers LLP regarding the relief sought in this motion without success.

/s / Sidney S. Liebesman
Sidney S. Liebesman


GRANT & EISENHOFER P.A.
Jay W. Eisenhofer
Sidney S. Liebesman
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
(302) 622-7000
Lead Counsel for Plaintiffs

BERMAN, DEVALERIO, PEASE,
TABACCO, BURT & PUCILLO
Norman M. Berman (BBO# 040460)
Bryan A. Wood (BBO# 648414)
One Liberty Square
Boston, MA 02109
(617) 542-8300
Liaison Counsel for Plaintiffs

*Of Counsel:*

MILBERG WEISS BERSHAD
& SCHULMAN LLP
Ariana J. Tadler
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300


Dated: September 12, 2006

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on September 12, 2006, copies of Plaintiffs' Amended Motion For Class Certification were served upon the following counsel of record as follows:

<u>**Via electronic service on the Court's ECF system**</u>

- **Edward J. Barshak**
  barshak@srbc.com docketing@srbc.com

- **Richard D. Batchelder, Jr**
  rbatchelder@ropesgray.com SamplePlead@ropesgray.com

- **Norman Berman**
  NBerman@Bermanesq.com bdentremont@bermanesq.com

- **Jeffrey C Block**
  jblock@bermanesq.com smelloul@bermanesq.com

- **Peter M. Casey**
  pcasey@foleyhoag.com

- **Timothy James Casey**
  tcasey@ropesgray.com SamplePlead@ropesgray.com

- **Kevin C Conroy**
  kconroy@foleyhoag.com

- **Jennifer W. Corinis**
  jennifer.corinis@bingham.com

- **John D. Donovan, Jr**
  jdonovan@ropesgray.com SamplePlead@ropesgray.com

- **Thomas J. Dougherty**
  dougherty@skadden.com tholden@skadden.com

- **Alicia M. Duff**

- **Jason D. Frank**
  jason.frank@bingham.com

- **Inez H. Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com

- **Nancy F. Gans**
  nfgans@gmail.com

- **Jordan D. Hershman**
  jordan.hershman@bingham.com

- **Christian M. Hoffman**
  choffman@foleyhoag.com

- **Sarah G. Kim**
  sarah.kim@bingham.com

- **Sidney S. Liebesman**
  sliebesman@gelaw.com bdeleeuw@gelaw.com;mhartman@gelaw.com

- **William G. Meserve**
  wmeserve@ropesgray.com

- **Matthew E. Miller**
  mmiller@foleyhoag.com cnigro@foleyhoag.com

- **Samuel H. Rudman**
  srudman@lerachlaw.com

- **Marc A. Topaz**
  ecf_filings@sbclasslaw.com

- **Meredith Ann Wilson**

- **Bryan A. Wood**
  bwood@bermanesq.com vmcallister@bermanesq.com

### Via First Class Mail, postage prepaid.

Jordan D. Hershman, Esquire
**Bingham McCutchen LLP**
150 Federal Street
Boston, MA 02110
*Attorneys for Defendant H. Kerner Smith*

John D. Donovan, Esquire
**Ropes & Gray LLP**
One International Place
Boston, MA 02110
*Attorneys for Defendant Thomas Langford*

Christian M. Hoffman, Esquire
**Foley Hoag LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
*Attorneys for Defendant
PricewaterhouseCoopers LLP*

Dated: September 12, 2006

  /s/ Sidney S. Liebesman
Sidney S. Liebesman
Grant & Eisenhofer P.A.
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100